UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KARPUS MANAGEMENT INC., ) <br> Individually and on Behalf of a Class of ) <br> Similar Plaintiffs, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRANTLEY CAPITAL CORP., ) <br> ROBERT P. PINKAS, MICHAEL J. FINN, ) <br> PAUL H. CASCIO, TAB KEPLINGER, ) <br> SHAWN WYNNE, and John Does #1-10, ) <br> ) <br> Defendants. ) | Case No. 1:07-CV-01716 <br><br><br> Judge Gwin <br><br> Magistrate Judge Gallas |

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

This matter having come before the Court for hearing, pursuant to the Order of this Court, dated October 17, 2007, on the application of the parties for approval of the settlement set forth in the Stipulation of Settlement dated as of October 15, 2007 ("Stipulation"), and due and adequate notice having been given the Settlement Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Plan of Allocation as defined in Paragraph 1.12 of Section 5 of the Stipulation of Settlement and described in Section VIII of Exhibit A-1 thereto entitled "Notice of Pendency of Class Action, Proposed Settlement of Class Action, and Settlement Hearing" is hereby approved and it is ordered that the Settlement Fund as defined in the Stipulation of

Settlement be distributed to class members pursuant to the Plan of Allocation and the Stipulation of Settlement.

IT IS SO ORDERED.


DATED: _____, 2008                    _____
                                                                                     JAMES S. GWIN
                                                                                     UNITED STATES DISTRICT JUDGE